UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO THORBECKE and MARJORITA DEAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MCG HEALTH, LLC, a Washington limited liability company,<br><br>　　　　　　　　Defendant. | No. 2:22-cv-00870-RSM-DWC<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>**Noted for Consideration:**<br>**July 13, 2022** |

**STIPULATION**

The parties, by and through their undersigned counsel of record, without waiver of any rights or defenses, respectfully stipulate and move that the deadline for Defendant MCG Health, LLC ("MCG Health") to serve a responsive pleading or motion pursuant to Fed. R. Civ. P. 12 ("Response") shall be extended as follows: (i) absent the filing of a consolidated complaint, MCG shall file its Response by September 12, 2022; and (ii) if a consolidated complaint is filed, MCG Health shall file its Response the later of 45 days from the filing of the consolidated complaint or September 12, 2022.

In the event that Defendant answers or moves to dismiss under 12(b)(6) any complaint pending in an action arising out of the same facts as this action ("Other Action"), Defendant agrees it shall concurrently respond in this action. This requirement to respond in this action is not triggered by any other filing by Defendant in the Other Action,

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 1
(2:22-cv-00870-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

including those relating to a motion regarding venue, jurisdiction, or first-to-file made in another jurisdiction.

IT IS SO ORDERED.

Dated this 2nd day of August, 2022.

*[signature]*

David W. Christel
United States Magistrate Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO COMPL. - 2
(2:22-cv-00870-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700